NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENISE JOHNSON,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1620

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-24-0118-W-1.

---

## ON MOTION

---

Before PROST, MAYER, and CUNNINGHAM, *Circuit Judges.*

CUNNINGHAM, *Circuit Judge.*

## O R D E R

The Merit Systems Protection Board moves with consent to waive the requirements of Federal Circuit Rule 27(f) and remand this matter to the Board to "consider its holding in light of" *Reese v. Department of the Navy*, 2025 MSPB 1, 2025 WL 371023 (M.S.P.B. Jan. 31, 2025), and

*Holman v. Department of the Army*, 2025 MSPB 2, 2025 WL 659050 (M.S.P.B. Feb. 27, 2025).  ECF No. 45 at 2.

It is within this court's discretion to remand to allow the agency to reconsider its previous position.  *See SKF USA Inc. v. United States*, 254 F.3d 1022, 1029 (Fed. Cir. 2001).  Without drawing any conclusions regarding the merits of the parties' arguments, the court agrees that remand here could preserve party and judicial resources.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted. The case is remanded to the Board for further consideration consistent with the motion and this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 6, 2026
Date

ISSUED AS A MANDATE:  July 6, 2026